| | | | |
|---|---|---|---|
| Com. v. Harrison | 3005 EDA 2015<br>Affirmed | 08/10/2016 | CP–45–CR–0001542–2011<br>(Monroe) |
| New Century Bank v. 1265 Industrial Boulevard, LLC | 3287 EDA 2015<br>Affirmed | 08/10/2016 | July Term, 2011, NO. 00591<br>(Philadelphia) |
| Com. v. Russell | 400 EDA 2016<br>Affirmed | 08/10/2016 | CP–51–CR–0611781–1991<br>(Philadelphia) |
| Plum Hollow Hunting Club & Henry, D v. Fraker [9] | 1210 MDA 2015<br>Affirmed | 08/10/2016 | 40 of 2009–C<br>(Fulton) |
| Com. v. Brgulja [10] | 1978 MDA 2015<br>Vacated and Remanded | 08/10/2016 | CP–21–CR–0001515–2009<br>(Cumberland) |
| In the Interest of: Q.B.P. | 345 MDA 2016<br>Affirmed | 08/10/2016 | 82805<br>(Berks) |
| Com. v. Parker | 821 WDA 2015<br>Affirmed | 08/10/2016 | CP–02–CR–0007624–2009<br>(Allegheny) |
| Com. v. Gillmen | 1253 WDA 2015<br>Affirmed<br>Application to Withdraw as Counsel Granted | 08/10/2016 | CP–33–CR–0000008–2015<br>CP–33–CR–0000118–2015<br>(Jefferson) |
| Com. v. Market | 1581 WDA 2015<br>Reversed and Remanded | 08/10/2016 | CP–37–CR–0000651–2014<br>(Lawrence) |
| Com. v. Basco | 1669 WDA 2015<br>Affirmed | 08/10/2016 | CP–20–CR–0000579–2009<br>(Crawford) |
| Com. v. McCrommon | 1749 WDA 2015<br>Affirmed | 08/10/2016 | CP–65–CR–0004830–2013<br>(Westmoreland) |
| Com. v. McCrommon | 1750 WDA 2015<br>Affirmed | 08/10/2016 | CP–65–CR–0005377–2014<br>(Westmoreland) |
| Com. v. Dantzler | 1961 WDA 2015<br>Affirmed | 08/10/2016 | CP–02–CR–0016210–1990<br>(Allegheny) |
| Com. v. Cavallero | 58 WDA 2016<br>Affirmed | 08/10/2016 | CP–42–CR–0000486–2012<br>(McKean) |
| Capponi v. Berg | 1453 EDA 2015<br>Affirmed | 08/11/2016 | No. 0526 July Term, 2013<br>(Philadelphia) |
| Seniuk v. Birney | 1994 EDA 2015<br>Affirmed | 08/11/2016 | No. 2009–08887–MJ<br>(Chester) |

**9.** Petition for reargument denied October 24, 2016.

**10.** Petition for reargument denied October 24, 2016.